UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: |
| vs | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**<u>COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF</u>**

Comes now the Plaintiff, Michael Shew, by counsel, Melissa A. Davidson, and for his complaint for Damages against Defendant, Lincoln National Life Insurance Company ("Lincoln") states as follows:

## I. Parties and Jurisdiction

1. That Plaintiff is a citizen of the State of Indiana residing in Hendricks County.

2. That Defendant, Lincoln, is an insurance company doing business in the State of Indiana.

4. Lincoln issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Lincoln is a fiduciary of the Plan.

6. Lincoln processed and denied Plaintiff's disability claim.

7. Lincoln is both the claims adjudicator and payer of this claim.

8. Lincoln benefits financially from denying Plaintiff's claim.

9. Lincoln has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff was an employee of Henry Company, LLC, where in his capacity as a General Supervisor, he was a participant in the Plan.

12. That Plaintiff became unable to work due to medical conditions on or about March 1, 2019 and applied for long-term disability benefits.

13. That after a period of payments, his disability benefits were terminated on or about October 2, 2020.

14. On appeal, Lincoln determined that Plaintiff continued to be disabled under the terms of the Plan and paid benefits from October 3, 2020, through June 3, 2021. In total, Lincoln paid 24 months of benefits, finding that Plaintiff met the policy terms for benefits under the Own Occupation definition of disability.

15. That Plaintiff administratively appealed this denial, as he suffers from numerous medical impairments that qualify him for continuing benefits under the terms of the Plan.

16. Plaintiff's appeal was denied on June 13, 2022. Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under his policy and the Plan.

17. Defendants' decision denying his disability benefits is subject to the *de novo* standard of review due to an absence of discretionary language in the Plan.

18. Plaintiff's monthly benefit before any deductions is $5603.80.

19. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due under the Plan and has incurred Attorney fees in order to rectify the harm done to him.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendant, with interest, in an amount commensurate with his past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

__2/27/2023
Date

_/s/ Melissa A. Davidson________________

Melissa A. Davidson #26068-49
HANKEY, MARKS & CRIDER
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com