# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>*Plaintiff,*<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No: 1:23-cv-00345-TWP-MG |

**SUMMONS IN A CIVIL ACTION**

TO:

*Lincoln National Life Insurance Company*
*c/o Corporation Service Company*
*135 North Pennsylvania St, Ste 1610*
*Indianapolis, IN 46204-2448*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey, Marks & Crider*
*429 E. Vermont St, #200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

BY: Dynasty Brown
*Deputy Clerk*

Date: 02/28/2023

Civil Action Number: 1:23-cv-00345-TWP-MG

**PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Lincoln National Life Insurance Company was received by me on *(date)* 3/6/23.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or

☐ I returned the summons unexecuted because ____________; or

☒ Other *(specify)*: Service via certified return receipt mail.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

Date: 3/13/23

[signature]
*Server's Signature*

Attorney Melissa A. Davidson
*Printed name and title*

429 E. Vermont St, #200, Indianapolis, IN 46202
*Server's address*

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Life Insurance Company c/o Corporation Service Co
135 North Penn St, ste 1610
Indianapolis, IN 46204-2448

9590 9402 2273 6225 5856 01

2. Article Number *(Transfer from service label)*

7002 2030 0002 6705 6606

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Mary Coleman

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INDIANA

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt