UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-00345-TWP-MG |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Iwana Rademaekers** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant **The Lincoln National Life Insurance Company** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Court | Date of Admission |
|---|---|
| State of Texas | 05/06/1988 |
| U.S.D.C., Northern District of Texas | 11/07/1988 |
| U.S.D.C., Eastern District of Texas | 05/21/1998 |
| U.S.D.C., Western District of Texas | 09/02/1998 |
| U.S.D.C., Southern District of Texas | 09/11/1998 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 |
| U.S.D.C., Western District of Arkansas | 05/22/1998 |
| U.S.D.C. District of Colorado | 01/14/2002 |
| U.S.D.C., Eastern District of Michigan | 12/29/2022 |
| U.S.D.C., Western District of Michigan | 02/03/2023 |
| U.S.D.C., Eastern District of Missouri | 06/14/2022 |
| U.S.D.C., District of New Mexico | 07/31/2020 |
| U.S.D.C., District of North Dakota | 01/02/2020 |
| U.S.D.C., Eastern District of Oklahoma | 02/27/2023 |

| | |
|---|---|
| U.S.D.C., Western District of Oklahoma | 08/13/2013 |
| U.S.D.C., Eastern District of Tennessee | 09/07/2022 |
| U.S.D.C., Western District of Tennessee | 12/02/2019 |
| U.S.D.C., Eastern District of Wisconsin | 09/07/2021 |
| U.S.D.C., Western District of Wisconsin | 11/05/2021 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 |
| U.S. Court of Appeals for the Tenth Circuit | 08/05/2002 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A payment in the amount of One Hundred Dollars ($100.00) for the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 27, 2023

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that on **March 27, 2023,** the foregoing Motion to Appear *Pro Hac Vice* was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
mdavidson@hankeylaw.com

s/ Iwana Rademaekers
Iwana Rademaekers, Texas State Bar No. 16452560

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-TWP-MG |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Iwana Rademaekers**, counsel for **The Lincoln National Life Insurance Company**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Iwana Rademaekers**
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
**17304 Preston Road, Suite 800**
**Dallas, Texas 75252**
**Main: (214) 579-9319**
**Fax: (469) 444-6456**
**Email: iwana@rademaekerslaw.com**

Dated: ____________

______________________________
Magistrate Judge Mario Garcia
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF