UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | No. 1:23-cv-00345-MPB-MG |

## SCHEDULING ORDER

This cause is hereby set for a **BENCH TRIAL** before the Honorable Matthew P. Brookman, United States District Judge on **JUNE 4, 2024**, at 9:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **FINAL PRE-TRIAL CONFERENCE** is set for **MAY 8, 2024**, at 10:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Dated: May 23, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.