UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

COMES NOW, the Plaintiff Michael Shew, and by and through the undersigned counsel, Melissa A. Davidson, pursuant to the Case Management Plan and files the following preliminary list of Witnesses.

1. Michael Shew, c/o Melissa Davidson, Hankey, Marks & Crider.
2. Adriana Shew, spouse, c/o Melissa Davidson, Hankey, Marks & Crider
3. Dr. John Kerstoff, Hendricks Regional Health, Indiana Adult and Pediatric Medicine, 1000 E. Main Street, Danville, IN 46122. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
4. Dr. Cynthia McGarvey, JWM Neurology, 8402 Harcourt Rd, Suite 615, Indianapolis, IN 46260, 317-806-6991. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
5. Michael Blankenship, Vocational Expert, Blankenship Vocational Services. He will testify about Plaintiff's education, training, work history, skills, and provide an expert opinion regarding whether his limitations preclude work.

6. Dr. Jonathan Gentile, Dr. Justin Miller, Dr. Kevin Macadaeg, Indiana Spine Group, 112 Hospital Lane, Building #2, Suite 301, Danville, IN 46112 and 13225 N Meridian St, Carmel, IN 46032. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
7. Dr. Steven K. Ward, Hendricks Regional Health, 1000 E. Main Street, Danville, IN 46122. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
8. Cynthia Myers, PT, Jessica Isom, PT, Hendricks Regional Health Physical Therapy, 1100 Southfield Dr., Suite 1100, Plainfield, IN 46168. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
9. Dr. J. Scott Kline, Hendricks Neurology, 1000 E. Main Street, Suite 225, Danville, IN 46122. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
10. A Representative of Plaintiff's former employer.
11. Any person identified in any discovery response, including interrogatory answers, responses to requests for production, responses to requests for admissions, depositions, and statements of correspondence.
12. Any person deposed or yet to be deposed in this matter.
13. Any person necessary to authenticate any documents or lay proper foundations for the admission of any evidence.
14. Any person listed on any witness list filed by any party to this matter.
15. All witnesses called by the Defendant in this case.
16. Any necessary rebuttal witnesses.

Respectfully Submitted,

___/s/ *Melissa A. Davidson*______
Melissa A Davidson
Attorney at Law
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Phone: (317) 634-8565
Fax: (317) 634-9818

## CETIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Preliminary Witness List was served upon counsel of record through the court's electronic filing system this 10th day of July, 2023.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

/s/ *Melissa Davidson*
Melissa Davidson
Senior Attorney
HANKEY MARKS & CRIDER
429 E Vermont St, Suite 200
Indianapolis, IN 46202
(317) 634-8565
mdavidson@hankeylaw.com