UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

COMES NOW, the Plaintiff Michael Shew, and by and through the undersigned counsel, Melissa A. Davidson, pursuant to the Case Management Plan and files the following preliminary list of exhibits.

**EXHIBITS**

1. Plaintiff's Social Security Disability Claim File.
2. All Plaintiff's medical records, reports, and test results from Dr. John Kersteff, Hendricks Regional Health, Indiana Adult and Pediatric Medicine, 1000 E. Main Street, Danville, IN 46122.
3. All Plaintiff's medical records, reports, and test results from Dr. Cynthia McGarvey, JWM Neurology, 8402 Harcourt Rd, Suite 615, Indianapolis, IN 46260, 317-806-6991.
4. All Plaintiff's medical records, reports, and test results from Dr. Jonathan Gentile, Dr. Justin Miller, Dr. Kevin Macadaeg, Indiana Spine Group, 112 Hospital Lane, Building #2, Suite 301, Danville, IN 46112 and 13225 N Meridian St, Carmel, IN 46032.
5. All Plaintiff's medical records, reports, and test results from Dr. Steven K. Ward,

Hendricks Regional Health, 1000 E. Main Street, Danville, IN 46122.

6. All Plaintiff's medical records, reports, and test results from Hendricks Regional Health Physical Therapy, 1100 Southfield Dr., Suite 1100, Plainfield, IN 46168.
7. All Plaintiff's medical records, reports, and test results from IU West Hospital, 1111 Ronald Reagan Parkway, Avon, IN 46123.
8. All Plaintiff's medical records, reports, and test results Hendricks Neurology, 1000 E. Main Street, Suite 225, Danville, IN 46122.
9. Residual Functional Capacity Forms completed by any of Plaintiff's treating physicians.
10. Defendant's complete claims file.
11. Any documents relied upon by Mr. Michael Blankenship in forming and supporting his opinions.
12. Lincoln National's complete claims file.
13. Financial records from Plaintiff documenting the financial devastation caused by his denial/termination of LTD benefits.
14. Mr. Shew's personnel file from his former employer.
15. Disability policy issued by Lincoln National Life Insurance Company.
16. Claim file produced by Defendant in this case.
17. Claims Manual.
18. Curriculum Vitaes of peer reviewing physicians
19. The report of Michael Blankenship.
20. Agreements between Defendant and any third party employers of the file reviewing doctors or vocational consultants, including, but not limited to the Administration Agreement and Agency Agreement.
21. Any necessary deposition transcripts from depositions taken in this case.
22. Any discovery responses.

23. Any documents produced in response to non-party requests for production of documents.
24. Photographs and videotapes of the plaintiff.
25. Any and all medical devices used by the Plaintiff in the course of his treatment related to his disability.
26. Any and all treating physician's Curriculum Vitae.
27. Any and all demonstrative or illustrative evidence, including but not limited to anatomical models, photographs, illustrations, or drawings of the Plaintiff's medical condition, financial condition, and illustrations of testimony.
28. Any and all X-rays, CT scans, MRI's, and all other diagnostic films or tests performed on Plaintiff.
29. Any and all pleadings filed in this case.
30. Any and all charts, summaries, or calculations needed to assist the trier of fact.
31. Any and all evidence, documents or exhibits which were identified, mentioned, or referenced in any discovery response, including Interrogatory Answers, Responses to Requests for Production, Responses to Request for Admissions, Depositions, and statements of correspondence.
32. Any and all documents or records relied upon by any treating physician.
33. Any and all documents or records relied upon by any reviewing physician.
34. Any and all demonstrative exhibits, including diagrams, charts, drawings, and/or computer generated documents relied upon, used or generated by any treating/evaluating physician in forming his opinion.

35. Any and all evidence necessary to impeach witnesses or which evidence may come to the attention of the Plaintiff after considering testimony at trial.
36. Summary of Lost Earnings.
37. All documents evidencing Plaintiff's loss of income.
38. All exhibits listed by the Defendant.
39. Any necessary rebuttal exhibits.

Respectfully Submitted,

/s/ *Melissa A. Davidson*

Melissa A Davidson
Attorney at Law
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Phone: (317) 634-8565
Fax: (317) 634-9818

**CETIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Preliminary Witness List was served upon counsel of record through the court's electronic filing system this 10th day of July, 2023.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

/s/ *Melissa Davidson*

Melissa Davidson
Senior Attorney
HANKEY MARKS & CRIDER
429 E Vermont St, Suite 200
Indianapolis, IN 46202
(317) 634-8565
mdavidson@hankeylaw.com