UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**DEFENDANT'S PRELIMINARY WITNESS LIST**

Defendant, The Lincoln National Life Insurance Company, files this Preliminary Witness List pursuant to the Case Management Plan (Dkt 16) entered on May 22, 2023.

**WITNESSES**

1. Iwana Rademaekers will testify as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter.
2. All witnesses listed by the Plaintiff.

Respectfully submitted on this 14th day of July 2023.

Respectfully submitted,


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 14th day of July 2023, the foregoing **DEFENDANT'S PRELIMINARY WITNESSES LIST** was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
mdavidson@hankeylaw.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com