UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-00345-MPB-MG |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PRELIMINARY EXHIBIT LIST**

Defendant, The Lincoln National Life Insurance Company, files this Preliminary Exhibit List pursuant to the Case Management Plan (Dkt 16) entered on May 22, 2023.

**EXHIBITS**

A. Group Long-Term Disability Insurance Policy (Lincoln/Shew 0001-0036);

B. Certificate of Group Long-Term Disability Insurance (Lincoln/Shew 0037-0072);

C. Denial of Appeal Correspondence (Lincoln/Shew 0198-0205); and

D. Administrative Record (Lincoln/Shew 0073-0197 and 0206-1867).

Respectfully submitted on this 14th day of July 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 14th day of July 2023, the foregoing **DEFENDANT'S PRELIMINARY EXHIBIT LIST** was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
mdavidson@hankeylaw.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com