**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**MOTION FOR LEAVE TO**
**FILE AMENDED COMPLAINT ADDING ADDITIONAL DEFENDANTS**

Comes now the plaintiff and requests leave to file an amended complaint to add Henry Company LLC and The RSL Employer Trust as Defendants herein. In support hereof, plaintiff shows the Court as follows:

1. Plaintiff is seeking long term disability benefits under an ERISA-governed benefit plan sponsored by Henry Company, LLC, Plaintiff's employer at the time of disability.

2. Benefits under the plan are funded by a long term disability insurance policy insured by Lincoln National Life Insurance Company ("Lincoln").

3. Lincoln's monthly disability benefit calculation for Plaintiff is based on the information provided by Henry Company LLC regarding Plaintiff's compensation, which is also used to determine the premiums that must be paid by Henry Company LLC.

4. That Plaintiff moves the court for leave to add Henry Company, LLC as Defendant due to providing incorrect information to Lincoln regarding Plaintiff's compensation, thereby failing to pay appropriate premiums for Plaintiff's full wages at the time of disability.

5. That because of these actions, Henry Company LLC breached its fiduciary duty to Plaintiff under ERISA and is a proper Defendant to the lawsuit in order for Plaintiff to be made whole.

6. That Henry Company LLC became a member of The RSL Employer Trust, who is the named policyholder on the disability policy. Henry Company LLC, as a Participating Unit in the Trust agreed to be bound by the terms and conditions of the The RSL Employer Trust.

7. Because the Trust is the named policyholder, it is also a proper party to this dispute.

**WHEREFORE**, plaintiff requests leave to file an Amended Complaint adding Henry Company LLC and The RSL Employer Trust as Defendants and for all other just and proper relief.

Respectfully Submitted,

_/s/ *Melissa A. Davidson*______
Melissa A Davidson
Attorney at Law
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Phone: (317) 634-8565
Fax: (317) 634-9818

## CETIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Preliminary Witness List was served upon counsel of record through the court's electronic filing system this 28th day of August, 2023.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

/s/ *Melissa Davidson*
Melissa Davidson
Senior Attorney
HANKEY MARKS & CRIDER
429 E Vermont St, Suite 200
Indianapolis, IN 46202
(317) 634-8565
mdavidson@hankeylaw.com