**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter is before the Court on plaintiff's motion for leave to amend complaint to add additional Defendants. The Court being duly advised finds said motion to be well-taken and grants Plaintiff's Motion to add Henry Company, LLC and The RSL Employer Trust as Defendants and file her Amended Complaint.

| | |
|---|---|
| ____________________<br>Date | ____________________________________<br>US District Court Judge |

Distribution:

| | |
|---|---|
| Iwana Rademaekers<br>Law Offices of Iwana Rademaekers, P.C.<br>17304 Preston Road, Suite 800<br>Dallas, Texas 75252<br>iwana@rademaekerslaw.com | Melissa Davidson<br>HANKEY MARKS & CRIDER<br>429 E Vermont St, Suite 200<br>Indianapolis, IN 46202<br>mdavidson@hankeylaw.com |