**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND WITHDRAWING THE PRIOR MOTION AT DOCKET 22**

This matter is before the Court on plaintiff's motion for leave to amend complaint to add additional Defendants. The Court being duly advised finds said motion to be well-taken and grants Plaintiff's Motion to add Henry Company, LLC and Henry Company, LLC Long Term Disability Plan as Defendants and file his Amended Complaint. The prior motion at Docket 22 is hereby withdrawn.

____________________ ____________________________________
Date US District Court Judge

Distribution:

| | |
|---|---|
| Iwana Rademaekers<br>Law Offices of Iwana Rademaekers, P.C.<br>17304 Preston Road, Suite 800<br>Dallas, Texas 75252<br>iwana@rademaekerslaw.com | Melissa Davidson<br>HANKEY MARKS & CRIDER<br>429 E Vermont St, Suite 200<br>Indianapolis, IN 46202<br>mdavidson@hankeylaw.com |