**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cv-00345-MPB-MG |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter is before the Court on plaintiff's motion for leave to amend complaint to add additional Defendants. The Court being duly advised finds said motion to be well-taken and **grants** Plaintiff's Motion to add Henry Company, LLC and Henry Company, LLC Long Term Disability Plan as Defendants and file his Amended Complaint. Plaintiff shall file his Amended Complaint on or before **September 13, 2023**.

Date: 9/8/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

| | |
|---|---|
| Iwana Rademaekers<br>Law Offices of Iwana Rademaekers, P.C.<br>iwana@rademaekerslaw.com | Melissa Davidson<br>HANKEY MARKS & CRIDER<br>mdavidson@hankeylaw.com |