# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No: 1:23-CV-00345-MPG-MG |
| | ) | |
| HENRY COMPANY, LLC and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN | ) | |
| | ) | |
| *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO:

*Henry Company, LLC and*
*Henry Company, LLC Long Term Disability Plan*
*c/o Corporation Service Company*
*135 North Pennsylvania St, Ste 1610*
*Indianapolis, IN 46204-2448*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey, Marks & Crider*
*429 E. Vermont St, #200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

BY: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Date: 09/15/2023

*Signature of Clerk or Deputy Clerk*

Civil Action Number: ___________________________

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ________________________________________

was received by me on *(date)*___________________.

☐ I personally served the summons on the individual at *(place)* ___________________________________

__________________________________________________ on *(date)* ___________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*________________

______________________________________, a person of suitable age and discretion who resides there,

on *(date)* ___________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________________________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* _________________

__________________________________________on *(date)* ___________________; or

☐ I returned the summons unexecuted because ________________________________________________; or

☐ Other *(specify)*: Service via certified return receipt mail.

My fees are $ ______________for travel and $________________for services, for a total of $________________.

I declare under penalty of perjury that this information is true.

Date: _____________________ ____________________________________________________

*Server's Signature*

_Attorney Melissa A. Davidson__________________________

*Printed name and title*

_429 E. Vermont St, #200, Indianapolis, IN 46202__________

*Server's address*