IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>vs<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, and HENRY COMPANY, LLC, and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN,<br><br>Defendants. | ) | Cause No. 1:23-cv-00345-MPB-MG |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

TO FILE STIPULATION OF DISMISSAL

Plaintiff, Michael Shew, by counsel hereby submits its Motion for Enlargement of Time to File Stipulation of Dismissal, and in support hereof states as follows:

1. On November 7, 2023, the Plaintiff and Defendants were able to reach a settlement agreement.
2. This Honorable Court issued an order to file dismissal documents on or before December 8, 2023.
3. Plaintiff received the executed Confidential Settlement Agreement and General Release on December 4, 2023.
4. Plaintiff respectfully request the parties have an additional 21 days, up to and including December 29, 2023, to file the Stipulation of Dismissal.
5. Defendant has been contacted regarding this enlargement and has no objection.

WHEREFORE, Plaintiff, respectfully requests that the Court grant its Motion for Enlargement of Time to File Stipulation of Dismissal.

Respectfully submitted,

/s/ Melissa A. Davidson
Melissa A. Davidson
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed electronically this 6th day of December 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, PC
17304 Preston Road, #800
Dallas, TX 75252
iwana@rademaekerslaw.com

/s/ Melissa A. Davidson
Melissa A. Davidson
Attorney for Plaintiff
429 E. Vermont Street, Ste. 200
Indianapolis, Indiana 46202
(317) 634-8565
mdavidson@hankeylaw.com