IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:23-cv-00345-MPB-MG |
| vs | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, and HENRY COMPANY, LLC, and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE STIPULATION OF DISMISSAL

Plaintiff herein, by counsel, Melissa A. Davidson of Hankey, Marks & Crider, and having filed a Motion for Enlargement of Time to File Stipulation of Dismissal, and the Court having read and examined same and being duly advised in the premises, NOW GRANTS SAME;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties are granted until December 29, 2023 to file the Stipulation of Dismissal.

Date: ______________

_________________________________
JUDGE, U.S. District Court
Southern District of Indiana
Indianapolis Division

Copies to:

Melissa A. Davidson
mdavidson@hankeylaw.com

Iwana Rademaekers
Iwana@rademaekers.com