IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>vs<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, and HENRY COMPANY, LLC, and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00345-MPB-MG |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, Plaintiff, MICHAEL SHEW, by counsel, Melissa Davidson, and Defendant, LINCOLN NATIONAL LIFE INSURANCE COMPANY, by counsel, Iwana Rademaekers, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved. The Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own fees and costs.

Respectfully submitted,


| | |
|---|---|
| /s/ Melissa A. Davidson<br>Melissa A. Davidson<br>HANKEY, MARKS & CRIDER<br>429 E. Vermont Street, Ste. 200<br>Indianapolis, IN 46202<br>Phone: 317-638-1661<br>mdavidson@hankeylaw.com | /s/ Iwana Rademaekers<br>Iwana Rademaekers<br>LAW OFFICE OF IWANA RADEMAEKERS<br>17304 Preston Road, #800<br>Dallas, TX, 75252<br>Phone: 214-579-9319<br>iwana@rademaekers.com |