IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:23-cv-00345-MPB-MG |
| vs | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, and HENRY COMPANY, LLC, and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS CAUSE coming to be heard on the Stipulation of Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

Date: ________________

_____________________________
United States District Court Judge
Southern District of Indiana

Distribution:
Melissa A. Davidson: mdavidson@hankeylaw.com
Iwana Rademaekers: iwana@rademaekers.com