IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL SHEW,<br><br>Plaintiff,<br><br>vs<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, and HENRY COMPANY, LLC, and HENRY COMPANY, LLC LONG TERM DISABILITY PLAN,<br><br>Defendants. | ) | Cause No. 1:23-cv-00345-MPB-MG |

**ORDER**

THIS CAUSE coming to be heard on the Stipulation of Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

Dated: December 15, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:
Melissa A. Davidson: mdavidson@hankeylaw.com
Iwana Rademaekers: iwana@rademaekers.com